UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 26 AM 9:30
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Jose Manuel GARCIA-Patino,** Defendant | Magistrate Docket No. '08 MJ 2624 <br> COMPLAINT FOR VIOLATION ~~OF~~: <br> Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 24, 2008** within the Southern District of California, defendant, **Jose Manuel GARCIA-Patino,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF AUGUST, 2008

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DOA 8/24/08 VMH

 ADRO

**CONTINUATION OF COMPLAINT:**
**Jose Manuel GARCIA-Patino**

## PROBABLE CAUSE STATEMENT

On August 24, 2008, at approximately 10:30 p.m., Supervisory Border Patrol Agent S. Zimmer along with Border Patrol Agents J. Garcia and I. Ortiz responded to a seismic sensor activation Northwest of the Tecate, California Port of Entry.

Upon arriving in the area the Agents decided to wait for the group to walk north towards them. Soon thereafter, a group of nine individuals, including one later identified as the defendant, **Jose Manuel GARCIA-Patino**, approached their position. The Agents identified themselves as Border Patrol Agents and Agent Zimmer questioned the nine individuals as to their citizenship and immigration status. All nine individuals, including **GARCIA**, admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. Agent Zimmer arrested all nine individuals and they were transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 24, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

GARCIA was given his Miranda rights and he stated that he understood said rights and was willing to answer questions without the presence of his attorney. GARCIA stated that he is a citizen and national of Mexico without proper immigration documentation to enter or remain in the United States. He stated his intended destination was Los Angeles, California.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE